# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lewis, Peter C. | 2. Court or Organization<br><br>Southern District of California | 3. Date of Report<br><br>05/08/2020 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT/recalled) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
333 W. Broadway
San Diego, CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 05/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Brokerage Account #1 (H) | | | | | | | | | |
| 2.  LPL Financial (cash) | A | Interest | K | T | | | | | |
| 3.  Abbvie Inc (ABBV) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 4.  | | | | | Buy (add'l) | 04/29/19 | J | | |
| 5.  Air Products & Chemicals (APD) | A | Dividend | K | T | Buy (add'l) | 04/29/19 | J | | |
| 6.  Altria Group Inc (MO) | A | Dividend | | | Buy (add'l) | 01/08/19 | J | | |
| 7.  | | | | | Buy (add'l) | 04/29/19 | J | | |
| 8.  | | | | | Sold | 09/12/19 | J | | |
| 9.  Apple Inc (AAPL) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 10. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 11. Automatic Data Processing (ADP) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 12. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 13. Boeing (BA) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 14. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 15. CNX Midstream Partners (CNXM) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 16. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 17. Chevron Corp (CVX) | A | Dividend | J | T | Buy | 04/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Peter C.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Community Trust Bancorp (CTBI) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 19. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 20. Digital Realty Trust (DLR) | A | Dividend | J | T | Buy (add'l) | 01/08/19 | J | | |
| 21. | | | | | Sold (part) | 04/29/19 | J | | |
| 22. FedEx Corp (FDX) | A | Dividend | J | T | Buy (add'l) | 01/08/19 | J | | |
| 23. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 24. Huntington Bancshares (HBAN) | A | Dividend | J | T | Buy (add'l) | 04/29/19 | J | | |
| 25. Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 26. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 27. Kimberly Clark Corp (KMB) | | None | K | T | Buy | 09/19/19 | J | | |
| 28. Marriott Intl (MAR) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 29. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 30. McDonalds Corp (MCD) | A | Dividend | K | T | Buy (add'l) | 04/29/19 | J | | |
| 31. Medtronic PLC (MDT) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 32. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 33. Microsoft Corp (MSFT) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 34. | | | | | Buy (add'l) | 04/29/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PBF Logistics Ltd Partnership (PBFX) | | None | K | T | Buy (add'l) | 01/08/19 | J | | |
| 36. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 37. Realty Income Corp (O) | A | Dividend | K | T | Buy (add'l) | 04/29/19 | J | | |
| 38. Southern Company (SO) | A | Dividend | K | T | Buy (add'l) | 04/29/19 | J | | |
| 39. Starbucks Corp (SBUX) | A | Dividend | K | T | Buy (add'l) | 04/29/19 | J | | |
| 40. Store Capital Corp (STOR) | A | Dividend | K | T | Buy (add'l) | 04/29/19 | J | | |
| 41. Tallgrass Energy Ltd Partnership (TGE) | B | Dividend | J | T | Buy (add'l) | 04/29/19 | J | | |
| 42. Tyson Foods Inc (TSN) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 43. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 44. Ventas Inc (VTR) | A | Dividend | J | T | Buy (add'l) | 04/29/19 | J | | |
| 45. WP Carey Inc (WPC) | A | Dividend | K | T | Buy (add'l) | 04/29/19 | J | | |
| 46. Welltower Inc (HCN) | A | Dividend | K | T | Buy (add'l) | 04/29/19 | J | | |
| 47. 3M Company (MMM) | A | Dividend | K | T | Buy (add'l) | 01/08/19 | J | | |
| 48. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 49. Enterprise Products Partners (EPD) | | None | K | T | Buy (add'l) | 01/08/19 | J | | |
| 50. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 51. Holly Energy Partners (HEP) | | None | J | T | Buy (add'l) | 01/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 04/29/19 | J | | |
| 53. MPLX Ltd Partnership (MPLX) | | None | J | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 54. | | | | | Buy<br>(add'l) | 04/29/19 | J | | |
| 55. IRA #1 (H) | | | | | | | | | |
| 56. JP Morgan US Govt Money Market Fund (cash) | A | Interest | K | T | | | | | |
| 57. Abbvie Inc (ABBV) | B | Dividend | K | T | | | | | |
| 58. Air Products & Chemicals Inc (APD) | A | Dividend | L | T | | | | | |
| 59. Altria Group (MO) | B | Distribution | | | Sold | 09/12/19 | K | | |
| 60. Apple Inc (AAPL) | A | Dividend | L | T | | | | | |
| 61. Automatic Data Processing (ADP) | A | Dividend | L | T | | | | | |
| 62. Boeing Co (BA) | B | Dividend | K | T | | | | | |
| 63. CNX Midstream Partners (CNXM) | B | Dividend | K | T | | | | | |
| 64. Community Trust Bancorp Inc (CTBI) | B | Dividend | K | T | | | | | |
| 65. Digital Realty Trust (DLR) | B | Dividend | L | T | | | | | |
| 66. FedEx Corp (FDX) | A | Dividend | K | T | | | | | |
| 67. Huntington Bancshares Inc (HBAN) | B | Dividend | K | T | | | | | |
| 68. Johnson & Johnson (JNJ) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Peter C.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kimberly Clark Corp (KMB) | | None | K | T | Buy | 09/12/19 | K | | |
| 70. Marriott Intl Inc (MAR) | A | Dividend | L | T | | | | | |
| 71. McDonalds Corp (MCD) | B | Dividend | K | T | | | | | |
| 72. Medtronic PLC (MDT) | A | Dividend | L | T | | | | | |
| 73. Microsoft Corp (MSFT) | A | Dividend | L | T | | | | | |
| 74. PBF Logistics Ltd Partnership (PBFX) | | None | K | T | | | | | |
| 75. Realty Income Corp (O) | B | Dividend | L | T | | | | | |
| 76. Southern Company (SO) | B | Dividend | L | T | | | | | |
| 77. Starbucks Corp (SBUX) | A | Dividend | L | T | | | | | |
| 78. Store Capital Corp (STOR) | B | Dividend | L | T | | | | | |
| 79. Tallgrass Energy Ltd Partnership (TGE) | C | Dividend | L | T | | | | | |
| 80. Tyson Foods Inc (TSN) | B | Dividend | L | T | | | | | |
| 81. Ventas Inc (VTR) | B | Dividend | K | T | | | | | |
| 82. WP Carey Inc (WPC) | C | Dividend | L | T | | | | | |
| 83. Welltower Inc (WELL) | B | Distribution | L | T | | | | | |
| 84. 3M Company (MMM) | B | Dividend | K | T | | | | | |
| 85. Enterprise Products (EPD) | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Peter C.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   Holly Energy Partners (HEP) | | None | K | T | | | | | |
| 87.   MPLX Ltd Partnership (MPLX) | | None | K | T | | | | | |
| 88.   IRA #2 (H) | | | | | | | | | |
| 89.   LPL Financial (cash) (Y) | | | | | | | | | |
| 90.   Air Products & Chemicals (APD) | A | Dividend | J | T | | | | | |
| 91.   Apple Inc (AAPL) | A | Dividend | J | T | | | | | |
| 92.   Automatic Data Processing (ADP) (X) | A | Dividend | J | T | | | | | |
| 93.   Community Trust Bancorp Inc (CTBI) | A | Dividend | J | T | | | | | |
| 94.   Digital Realty Trust Inc (DLR) | A | Dividend | J | T | | | | | |
| 95.   Huntington Bancshares Inc (HBAN) (X) | | None | J | T | | | | | |
| 96.   Johnson & Johnson (JNJ) (X) | A | Dividend | J | T | | | | | |
| 97.   Marriott Intl Inc (MAR) (X) | A | Dividend | J | T | | | | | |
| 98.   McDonalds Corp (MCD) | A | Dividend | J | T | | | | | |
| 99.   Medtronic PLC (MDT) (X) | A | Dividend | J | T | | | | | |
| 100.  Microsoft Corp (MSFT) (X) | A | Dividend | J | T | | | | | |
| 101.  PBF Logistics Ltd Partnership (PBFX) (X) | | None | J | T | | | | | |
| 102.  Realty Income Corp (O) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Southern Company (SO) (X) | A | Dividend | J | T | | | | | |
| 104. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 105. Store Capital Corp (STOR) | A | Dividend | J | T | | | | | |
| 106. Tallgrass Energy Ltd Part (TGE) | A | Dividend | J | T | | | | | |
| 107. WP Carey Inc (WPC) | A | Dividend | J | T | | | | | |
| 108. Welltower Inc (HCN) | A | Dividend | J | T | | | | | |
| 109. Enterprise Products (EPD) (X) | | None | J | T | | | | | |
| 110. MPLX Ltd Partnership Repstg Ltd Part (MPLX) (Y) | | | | | | | | | |
| 111. Trust #1, Account 1 (H) | | | | | | | | | |
| 112. Morgan Stanley Sweep Account (cash) | A | Interest | K | T | | | | | |
| 113. Trust #1, Account 2 (H) | | | | | | | | | |
| 114. Morgan Stanley Sweep Account (cash) (Y) | | | | | | | | | |
| 115. Brokerage Account #2 (H) | | | | | | | | | |
| 116. Morgan Stanley Sweep Account (cash) | A | Interest | N | T | Open | 03/18/19 | O | | |
| 117. Abbott Labs (ABT) | A | Dividend | L | T | | | | | |
| 118. Abbvie Inc. (ABBV) | B | Dividend | L | T | | | | | |
| 119. Alphabet Inc CL A (GOOGL) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Amazon Com Inc (AMZN) | | None | K | T | Buy (add'l) | 07/31/19 | K | | |
| 121. Apple Inc (AAPL) | A | Dividend | L | T | | | | | |
| 122. AT&T Inc (T) | B | Dividend | K | T | | | | | |
| 123. Bristol Myers Squibb Co (BMY) | A | Dividend | K | T | | | | | |
| 124. Chevron (CVX) | C | Dividend | M | T | | | | | |
| 125. Crown Castle Intl Corp (CCI) | B | Dividend | K | T | Buy (add'l) | 07/10/19 | J | | |
| 126. Dominion Res Inc (D) | B | Dividend | K | T | | | | | |
| 127. Energy Transfer LP Com UT Ltd (ET) | | None | L | T | | | | | |
| 128. Enterprise Prod Prtners LP (EPD) | | None | K | T | | | | | |
| 129. Exxon Mobil (XOM) | D | Dividend | M | T | | | | | |
| 130. General Electric (GE) | A | Dividend | L | T | | | | | |
| 131. General Mills (GIS) | A | Dividend | K | T | | | | | |
| 132. Glaxosmithkline PLC ADS (GSK) | A | Dividend | K | T | | | | | |
| 133. Honeywell International Inc (HON) | A | Dividend | L | T | Buy (add'l) | 07/10/19 | J | | |
| 134. Intel Corp (INTC) | A | Dividend | L | T | | | | | |
| 135. Johnson & Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 136. Kraft Heinz Co (KHC) | | None | | | Sold | 02/22/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Kinder Morgan Energy Partners (KMI) | B | Dividend | K | T | | | | | |
| 138.  Merck & Co Inc New Com (MRK) | B | Dividend | L | T | | | | | |
| 139.  Nextera Energy (NEE) | B | Dividend | M | T | | | | | |
| 140.  Pepsico Inc NC (PEP) | A | Dividend | L | T | Buy (add'l) | 07/10/19 | J | | |
| 141.  Philip Morris Intl Inc (PM) | B | Dividend | K | T | | | | | |
| 142.  Phillips 66 (PSX) | A | Dividend | K | T | | | | | |
| 143.  Plains All American (PAA) | | None | K | T | | | | | |
| 144.  PPL Corp (PPL) | A | Dividend | K | T | | | | | |
| 145.  Procter & Gamble Co (PG) | A | Dividend | L | T | Buy (add'l) | 07/10/19 | K | | |
| 146.  Union Pacific Corp (UNP) | A | Dividend | K | T | | | | | |
| 147.  United Technologies Corp (UTX) | A | Dividend | L | T | | | | | |
| 148.  Verizon Communications (VZ) | C | Dividend | L | T | | | | | |
| 149.  Visa Inc Cl A (V) | A | Dividend | K | T | Buy | 07/10/19 | K | | |
| 150.  Vodafone Group PLC (VOD) | A | Dividend | J | T | | | | | |
| 151.  Wabtec Corp (WAB) (X) | A | Dividend | J | T | | | | | |
| 152.  Walt Disney Co Hldg Co (DIS) | | None | L | T | Buy | 07/10/19 | K | | |
| 153. | | | | | Buy (add'l) | 07/31/19 | K | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Wells Fargo & Co (WFC) | D | Dividend | N | T | | | | | |
| 155. Welltower Inc (WELL) | B | Dividend | K | T | | | | | |
| 156. Western Midstream Partners L P (WES) | | None | K | T | | | | | |
| 157. Maricopa Cnty AZ Sch Dist 065 Littleton Sch Impt SerA (567320GH3) | A | Interest | K | T | | | | | |
| 158. Maricopa Cnty Ariz Sch Dist NO 4 Mesa UN (566897VH4) | A | Interest | L | T | | | | | |
| 159. Concord Calif Watewater Rev Ref (206150AN4) | A | Interest | K | T | Buy | 03/21/19 | K | | |
| 160. Yuma & La Paz Cnty Ariz Cmnty Coll StRef 07/01/2025 (988505FZ1) | A | Interest | J | T | | | | | |
| 161. Yuma Cnty Ariz Free Libr Dist Ref (988589CK1) | A | Interest | K | T | | | | | |
| 162. Hesperia Calif JT Pub Fin Auth Lease Re OID 10/1/2027 (42806HAQ3) | A | Interest | K | T | Buy | 03/21/19 | K | | |
| 163. Hilmar Calif Uni Sch Dis OID 8/01/2028 (43279CB9) | A | Interest | K | T | Buy | 03/21/19 | K | | |
| 164. Santa Ana Coll Impt Dist 1 Rancho Santi SerA 3.0% 8/1/2032 (801181AT5) | A | Interest | L | T | Buy | 07/10/19 | K | | |
| 165. Lynwood Calif Uni Sch Dist Ctfs Partn Rev Ref 3.0% 8/1/32 (551802CW9) | A | Interest | K | T | Buy | 07/31/19 | K | | |
| 166. California St Pub Wks Brd Lease Re OID 3.0% 10/01/2032 (13068LD77) | A | Interest | L | T | Buy | 07/10/19 | L | | |
| 167. BAC Fixed to Floating Rate Note Based on CPI 3.46 (06048WCC2) | A | Interest | K | T | | | | | |
| 168. BAC Fixed to Floating Rate Note Based on CPI 3.74 (06048WFM7) | A | Interest | K | T | | | | | |
| 169. MS Floating Rate Note Based on US CPI | A | Interest | K | T | Redeemed (part) | 04/01/19 | K | | |
| 170. United States Treasury Note 2.5% 06/30/2020 (912828XY1) | B | Interest | L | T | Buy | 03/21/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Peter C. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. United States Treasury Note 2.5% 03/31/2021 (912828C57) | B | Interest | L | T | Buy | 03/21/19 | L | | |
| 172. United States Treasury Note 2.0% 11/15/2021 (912828RR3) | A | Interest | M | T | Buy | 07/10/19 | M | | |
| 173. American Exp (cash) | A | Interest | | | Redeemed | 07/31/19 | K | | |
| 174. Ally BK Midvale UT CD (02006L5U3) | A | Interest | | | Redeemed | 10/10/19 | K | A | |
| 175. First National BK (cash) | A | Interest | K | T | | | | | |
| 176. Sychrony 2400 (cash) | A | Interest | L | T | | | | | |
| 177. Invesco Muni Income A (VKMMX) (Y) | | | | | | | | | |
| 178. Invesco Muni Income Y (VMIX) (X) | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lewis, Peter C.** | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 156: Western Midstream Partners L P (WES) was Western Gas Partners (WES).

Trust #1, Account #1 (lines 149-183) and Trust Account #1, Account #2 (lines 186-203) of the 2018 report were transferred in 2019 to Brokerage Account #2 without corresponsing reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter C. Lewis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544